UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 52728
STEFANIE T SAVINO
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
SSN XXX-XX-9737


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 10/13/05 and confirmed on 03/21/06.

     2.   The case was dismissed after confirmation, 11/14/2008.

     3.   The Debtor paid a total of $  32994.00 .

     4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO BANK | CURRENT MORTG | 6644.55 | .00 | 6644.55 |
| WELLS FARGO BANK | MORTGAGE ARRE | 32624.07 | .00 | 22270.48 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | 1661.60 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| 1ST FINANCIAL BANK | UNSECURED | 4100.78 | .00 | .00 |
| JAMES M PHILBRICK | ADMINISTRATIV | 800.00 | .00 | 800.00 |
| GMAC PAYMENT CENTER | NOTICE ONLY | .00 | .00 | .00 |
| ROBERT V SCHALLER | ORIGINAL ATTO | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 109.52 | .00 | .00 |

          Summary of disbursements:
------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 39268.62 | 800.00 | 4210.30 | .00 | 44278.92 |
| PRINCIPAL PAID | 30576.63 | 800.00 | .00 | .00 | 31376.63 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 30576.63 | 800.00 | .00 | .00 | 31376.63 |

The Debtor's attorney, MARK D WEISMAN                 , was allowed $   1500.00
and was paid $   1500.00  direct and $      .00  through the plan.

The Trustee received $   1617.37 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 02/10/09                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 05 B 52728 STEFANIE T SAVINO